USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE M. REVERON,

        Plaintiff,

    -against-

FOREVER 21 RETAIL INC., et al.,

        Defendant.

24-CV-06210 (VEC) (BCM)

**ORDER RESCHEDULING CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

On October 22, 2024, the Court scheduled a conference for 11:00 a.m. today, October 30, 2024. 10/22/24 Order (Dkt. 12). On October 23, the Clerk's office mailed a copy of the 10/22/24 Order to plaintiff at her address of record. At 11:00 this morning, counsel for defendant Walmart Inc. (Walmart) appeared, but plaintiff did not. Shortly thereafter, chambers staff called plaintiff, who stated she had not received the 10/22/24 Order, did not have notice of today's conference, and could not attend. At 11:15 a.m., the Court convened the conference in plaintiff's absence. Walmart's counsel advised the Court that he sent a copy of the 10/22/24 Order to plaintiff by email on October 22, 2024.

For the reasons discussed on the record this morning, the conference is RESCHEDULED to **November 13, 2024, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. **This is an in-person proceeding.** The parties should come to the conference prepared to discuss both the substance and the timing of plaintiff's contemplated amendment, as well as the progress of her efforts to serve the remaining defendants.

Plaintiff is encouraged to execute a Consent to Receive Electronic Service of Documents in this action, thereby ensuring that she receives email notification of court orders and other

documents filed in this action. The form is available at: https://www.nysd.uscourts.gov/ forms/consent-electronic-service-pro-se-cases. Whether or not she executes the consent form, plaintiff is reminded that it is her obligation to keep herself informed of developments in this action, including by checking the docket frequently, particularly if she is *not* reliably receiving email notifications. She is further reminded that her deadline to serve the remaining defendants with process is **November 14, 2024**. *See* Fed. R. Civ. P. 4(m).

Defendant must serve a copy of this Order upon plaintiff by email and file proof of such service on the docket. **Plaintiff must serve copies of the 10/22/24 Order and this Order on any defendant that was previously served with the summons and complaint (but that has not yet answered or appeared in this action), and on all defendants served with the summons and complaint hereafter, and must file proof of such service on the docket.**

Dated: New York, New York
      October 30, 2024

SO ORDERED.

_____

**BARBARA MOSES**
**United States Magistrate Judge**