```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE M. REVERON,

        Plaintiff,

-against-

FOREVER 21 RETAIL INC., et al.,

        Defendant.

24-CV-06210 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As discussed on the record during today's case management conference, the Court will hold a continued case management conference on **January 15, 2025, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    Plaintiff has advised the Court that she submitted an amended complaint to the Court's pro se office this morning. Plaintiff is reminded that if the amended complaint names defendants not previously named in the original complaint, plaintiff must serve those defendants with a summons and the amended complaint within **90 days of today**. *See* Fed. R. Civ. P. 4(m). However, her deadline to serve the defendants named in the *original* complaint remains **November 14, 2024**. *See id.*; 4B Wright & Miller, Fed. Prac. & Proc. § 1137 (4th ed.) ("Filing an amended complaint does not toll the Rule 4(m) service period and thereby provide an additional 90 days for service.").

    To aid the Court, plaintiff is directed to file a copy of the amended complaint with changes in redline against the original complaint.

    Plaintiff must serve a copy of this Order on any defendant that was previously served with process (but that has not yet answered or appeared in this action), and on all defendants served with process hereafter, and must file proof of such service with the Court.

Dated: New York, New York
       November 13, 2024

                              SO ORDERED.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**