```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE M. REVERON,

        Plaintiff,

   -against-

FOREVER 21 RETAIL INC., et al.,

        Defendant.

24-CV-06210 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff's First Amended Complaint (FAC) (Dkt. 17) was filed as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) on November 13, 2024, and posted to the docket on November 18, 2024, thereby mooting defendant Walmart Inc.'s motion (Dkt. 9) to dismiss plaintiff's original Complaint. Consequently, the motion to dismiss is DENIED as moot, without prejudice to renewal on the schedule set forth in Fed. R. Civ. P. 15(a)(3).

    The Clerk of Court is respectfully instructed to (1) close the motion at Dkt. 9 and (2) issue summonses for all of the defendants listed in the Amended Complaint (except for Walmart. Inc., which has already appeared).

    It is plaintiff's responsibility, in this fee-paid case, to serve the summons and FAC on all defendants that have not yet appeared within 90 days of the issuance of the summonses,[1] and to file proof of such service on the docket.

Dated: New York, New York
       November 21, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] Fed. R. Civ. P. 4(m) generally requires that a summons be served within 90 days of the date the relevant complaint is filed. In this case, however, the summons in this case has not yet been issued with respect to the FAC. The Court therefore extends the time to serve until 90 days after the summons is issued.