```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/25/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE M. REVERON,

        Plaintiff,

    -against-

FOREVER 21 RETAIL INC., et al.,

        Defendant.

24-CV-06210 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On February 3, 2025, I issued an Order (Dkt. 69) directing plaintiff to "promptly file a clean (not redlined) copy of the SAC, which will become the operative complaint," and "promptly serve a summons, a copy of the SAC, and a copy of this Order on all defendants that are named in the SAC and have not yet appeared in this action." 2/3/25 Order at 2. In addition, I directed plaintiff to "promptly deliver a courtesy copy of the SAC and related exhibits to the Court, on paper, in color, and properly tabbed." *Id.* Three weeks have passed, but plaintiff has not complied with the 2/3/25 Order. Consequently, it is hereby ORDERED that plaintiff do the following things no later than **March 4, 2025**:

(1) File a clean copy of the SAC on the docket;

(2) Serve a summons and copy of the clean SAC on defendants Authentic Brands Group, LLC and F21 IPCO, LLC; and

(3) Deliver a courtesy copy of the SAC and its exhibits to the Court.

Dated: New York, New York
       February 25, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**