USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE M. REVERON,

        Plaintiff,

    -against-

FOREVER 21 RETAIL INC., et al.,

        Defendants.

24-CV-06210 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

### Voluntary Dismissals

On March 11, 2025, plaintiff filed her Second Amended Complaint (SAC) against thirteen retail corporations and two John Doe defendants. (Dkt. 84.) However, plaintiff has dismissed her claims as to all corporate defendants save three: F21 OPCO, LLC (F21); Authentic Brands Group, LLC (Authentic); and Walmart, Inc. (Walmart). (Dkts. 68, 73-75, 90, 94-95, 109-111.)[1]

### Defendant Walmart

On April 1, 2025, defendant Walmart filed a motion to dismiss plaintiff's SAC (Dkt. 96). By Order dated February 3, 2025, this Court directed plaintiff to file her opposition to any motions to dismiss "**no later than three weeks after the date on which defendants file their motion(s) to dismiss.**" 2/3/25 Order (Dkt. 69) at 2. Thus, plaintiff's deadline to oppose Walmart's motion was April 22, 2025.

---

[1] Plaintiff dismissed her claims against defendants Boohoople.com, Inc., J. Crew, Inc., Kung Pow Planet, Inc. d/b/a/ Fried Rice, and AKTIESELSKABET AF 21. NOVEMBER 2001, d/b/a Bestseller USA – with prejudice – in January and February 2025, before she filed the SAC. (Dkts. 68, 73-75.) Because these dismissals were with prejudice, plaintiff's claims against these four entities remain dismissed, notwithstanding that she renamed them in the SAC. After filing the SAC, plaintiff voluntarily dismissed her claims against defendants Depop, Inc., Hardy Way LLC d/b/a Ed Hardy, Shop Po, LLC, Asos US Sales LLC, Pacific Sunwear of California LLC d/b/a Pac Sun, and Timberland Footwear and Clothing LLC – without prejudice – in March and April 2025. (Dkts. 90, 94-95, 109-111.)

April 22 has come and gone, and plaintiff has failed to file any opposition to Walmart's motion to dismiss. In light of her pro se status, plaintiff may have until **May 6, 2025** to file her opposition, if any. Should plaintiff fail to comply with this extended deadline, Walmart's motion will be considered unopposed. Should plaintiff file a timely opposition, Walmart's reply, if any, will be due no later than **May 20, 2025**.

### Defendant F21

On April 2, 2025, defendant F21 notified the Court that it has a pending Chapter 11 bankruptcy case in the United States Bankruptcy Court for the District of Delaware, docketed at *In re: F21 OPCO, LLC, et al.*, No. 25-10469 (MFW) (Bankr. D. Del.). (Dkt. 108.) Consequently, this action is automatically stayed as against defendant F21 pursuant to 11 U.S.C. § 362(a).

Defendant F21 is hereby ORDERED to notify the Court within 30 days of any action or order of the Bankruptcy Court that would affect the automatic stay.

### Defendant Authentic

For scheduling purposes, the parties are reminded that defendant Authentic's response to the SAC is due on **May 12, 2025**. (*See* Dkt. 93.) If Authentic moves to dismiss the SAC, plaintiff's opposition, if any, will be due **no later than three weeks** after the date on which Authentic files its motion. (*See* 2/3/25 Order at 2.)

Dated: New York, New York
April 29, 2025                     SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2